FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2022

No. 04-22-00529-CR

Jenelius O. **CREW**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR12785
Honorable Stephanie R. Boyd, Judge Presiding

## O R D E R

In accordance with a plea bargain, Jeneluis O. Crew pled nolo contendere to deadly conduct in exchange for deferred adjudication community supervision. The trial court subsequently adjudicated Crew guilty and sentenced him. Crew now seeks to appeal. However, the clerk's record contains a trial court certification signed on July 15, 2022 stating, "this criminal case is a plea-bargain case, and the defendant has NO right of appeal." Because this is an appeal from a proceeding on the motion to adjudicate guilt, the trial court's certification of defendant's right of appeal is defective. *Hargesheimer v. State*, 182 S.W.3d 906, 913 (Tex. Crim. App. 2006). We therefore **ORDER** the trial court to amend the certification and the district clerk to file a supplemental clerk's record containing the amended certification **by October 12, 2022.** TEX. R. APP. P. 37.2; *Hargesheimer*, 182 S.W.3d at 913.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court